NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**IN RE: ADVANCED MEDIA NETWORKS, LLC,**
*Appellant*

---

2019-1766

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. 90/013,382.

---

**JUDGMENT**

---

SETH OSTROW, Meister Seelig & Fein LLP, New York, NY, argued for appellant. Also represented by ANTONIO PAPAGEORGIOU, Lombard & Geliebter LLP, New York, NY.

WILLIAM LAMARCA, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, FRANCES LYNCH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and STOLL, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 6, 2020        /s/ Peter R. Marksteiner
    Date                Peter R. Marksteiner
                        Clerk of Court